NUNZIA BALDUCCI, as Administratrix, etc., of DONATO BALDUCCI, Deceased, Respondent, v. EXPORT STEAMSHIP CORPORATION, Appellant.— Judgment unani-

---

* Now Vehicle and Traffic Law, § 82, subd. 5. See Laws of 1929, chap. 54, §§ 95, 99, 105.— [REP.

mously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Carswell and Scudder, JJ.